An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

JACOB DAKOTA VARNER,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68225

**FILED**

JUL 27 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction pursuant to a guilty plea of one count of attempted sexual assault. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

The judgment of conviction was entered on April 21, 2015; the notice of appeal was therefore due by May 21, 2015. The notice of appeal in this matter was filed on June 15, 2015, 25 days after the expiration of the prescribed 30-day appeal period. *See* NRAP 4(b)(1)(A). Accordingly, on June 30, 2015, we ordered appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) ("[A]n untimely notice of appeal fails to vest jurisdiction in this court.").

In response to the show-cause order, appellant's counsel concedes the appeal is untimely, but notes that appellant filed his notice of appeal in pro se and asks this court for lenience because appellant is not an attorney. This court is unable to exercise discretionary extensions of time to file notices of appeal. *See* NRAP 26(b)(1)(A) ("the court may not extend the time to file a notice of appeal except as provided in [NRAP] 4(c)"). Appellant signed his pro se notice of appeal on June 2, 2015, well

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22571

after the expiration of the 30-day time to appeal. Because the notice of appeal was not timely filed, we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Robert W. Lane, District Judge
     The Law Firm of Nathan L. Gent, PLLC
     Attorney General/Carson City
     Nye County District Attorney
     Nye County Clerk
     Jacob Dakota Varner